MINUTE ENTRY
CURRAULT, M. J.
JUNE 21, 2021
MJSTAR 0:24

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| GREAT LAKES INSURANCE, S.E. | * | CIVIL ACTION |
| VERSUS | * | NO. 20-2795 |
| GRAY GROUP INVESTMENTS, LLC | * | SECTION "R" (2) |

### ORDER AND REASONS

Oral argument was conducted in person on Plaintiff Great Lakes Insurance, S.E.'s Motion for Reconsideration (ECF No. 62) of its Motion to Compel (ECF No. 46), resolved by my Order and Reasons (ECF No. 60), and for which Plaintiff requested oral argument. ECF Nos. 64, 68. Defendant Gray Group Investments, LLC opposed the motion. ECF No. 67.

Participating were:  Todd G. Crawford for Plaintiff;
 Michael H. Bagot Jr. for Defendant

Other than its disagreement with my prior decision, Plaintiff has not established any independent reason for reconsideration. Plaintiff has not identified any newly discovered evidence or new argument that was not or could not have been urged previously, nor has it established any manifest error of law or fact or intervening change in the law.[1] Accordingly, considering the record, the oral and written arguments and representations of counsel, and the applicable law, for these reasons and as those more fully stated on the record,

IT IS ORDERED that the Motion for Reconsideration (ECF No. 62) is DENIED.

DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE

---

[1] *See Texas Comptroller of Public Accounts*, 303 F.3d 571, 581 (5th Cir. 2002) (citations omitted); *Browning v. Navarro*, 894 F.2d 99, 100 (5th Cir. 1990) (citations omitted); *Simon v. United States*, 891 F.2d 1154, 1159 (5th Cir. 1990); *Waltman v. Int'l Paper Co.*, 875 F.2d 468, 473 (5th Cir. 1989).